152 A.3d 982

Dana YOUNG, Appellant

v.

PA DEPARTMENT OF CORRECTIONS, Appellee

No. 27 MAP 2016

Supreme Court of Pennsylvania.

DECIDED: December 28, 2016

## ORDER

PER CURIAM

**AND NOW**, this 28th day of December, 2016, the Order of the Commonwealth Court is **AFFIRMED**.